UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-10024-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAVAUS L. MCCOWN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Statements and Physical Evidence [ECF No. 13] and Supplement to Defendant's Motion to Suppress Statements and Physical Evidence [ECF No. 17].

**THE MATTERS** were referred to United States Magistrate Judge Lurana S. Snow and accordingly, the Magistrate Judge conducted an evidentiary hearing on October 20, 2017. A Report and Recommendation [ECF No. 22] was filed on October 23, 2017, recommending that Defendant's Motions [ECF No. 13, 17] be **denied**.

The parties were afforded the opportunity to file written objections if any, from the date of being served. The record reveals that objections were filed by Defendant's Counsel and noted by this Court. After a *de novo* review of the Record and Magistrate Lurana S. Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation [ECF No. 22] is hereby **ADOPTED AND AFFIRMED** in its entirety.

Defendant's Motion to Suppress Statements and Physical Evidence [ECF No. 13] and Supplement to defendant's Motion to Suppress Statements and Physical Evidence [ECF No. 17] are **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __8__ day of November, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel Of Record